## 22570. KILLIAN *v.* THE STATE.

BROYLES, C. J. The defendant was convicted of the offense of involuntary manslaughter in the commission of an unlawful act, and his motion for a new trial embraced the usual general grounds only. After a careful consideration of the evidence, this court can not hold as a matter of law that his conviction was unauthorized. For a detailed but concise statement of the facts of this case see the companion case of *Wells* v. *State*, ante, where it was ruled that the conviction of Wells (who was jointly indicted with the defendant in the instant case) was supported by the evidence. *Judgment affirmed. McIntyre and Guerry, JJ., concur.*

DECIDED JANUARY 25, 1933. REHEARING DENIED FEBRUARY 10, 1933.

*R. Carter Pittman,* for plaintiff in error.
*John C. Mitchell, solicitor-general,* contra.